IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>BRIAN T. SMITH,<br><br>                Defendant. | **8:25CR97**<br><br>**ORDER** |

      **THIS MATTER** is before the court on the motion of Julie A. Frank to withdraw as counsel for the defendant, Brian T. Smith (Filing No. 36). Deborah D. Cunningham has filed an entry of appearance as retained counsel for Brian T. Smith. Therefore, Julie A. Frank's motion to withdraw (Filing No. 36) will be granted.

      Julie A. Frank shall forthwith provide Deborah D. Cunningham any discovery materials provided to the defendant by the government and any such other materials obtained by Julie A. Frank which are material to Brian T. Smith's defense.

      The clerk shall provide a copy of this order to Deborah D. Cunningham.

      **IT IS SO ORDERED.**

      Dated this 8th day of May, 2025.

      BY THE COURT:

      s/ Ryan C. Carson
      United States Magistrate Judge