IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:25CR97 |
| vs. | ORDER |
| BRIAN T. SMITH, | |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Deborah D. Cunningham to withdraw as counsel for the defendant, Brian T. Smith (Filing No. 50). Kenneth F. Jacobs has filed an entry of appearance as retained counsel for Brian T. Smith. Therefore, Deborah D. Cunningham's motion to withdraw (Filing No. 50) will be granted.

Deborah D. Cunningham shall forthwith provide Kenneth F. Jacobs any discovery materials provided to the defendant by the government and any such other materials obtained by Deborah D. Cunningham which are material to Brian T. Smith's defense.

The clerk shall provide a copy of this order to Kenneth F. Jacobs.

**IT IS SO ORDERED.**

Dated this 8th day of July, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge